UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SEAN QUINN JULIAN,<br>   Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director, Texas<br>Department of Criminal Justice,<br>Correctional Institutions Division,<br>   Respondent. | §<br>§<br>§<br>§    Civil Action No. 1:17-cv-204<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 14) in the above-referenced civil action. No objections were filed by Petitioner. After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that "Respondent Davis's Motion for Summary Judgment with Brief in Support" (Docket No. 13) is hereby **GRANTED**. Therefore, Petitioner's "Petition for a Writ of Habeas Corpus by a Person in State Custody" (Docket No. 1) is hereby **DISMISSED** with prejudice and the Court declines to issue a Certificate of Appealability.

The Clerk of the Court is hereby **ORDERED** to close the case.

Signed on this \_\_1st\_\_ day of \_\_August\_\_, 2018.

_____
Rolando Olvera
United States District Judge